**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ JAN 2 6 2009 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

RENAISSANCE CARPET & TAPESTRIES, INC.,

                Plaintiff,

    -against –

CLASSIC FURNITURE and GERMANS BOLOTNIKOVS individually,

                Defendants.



09 Civ.

CV 09

**COMPLAINT**

Jury Trial Demanded

**296**

DEARIE, CH. J

LEVY, M.J.

Renaissance Carpet & Tapestries, Inc. ("Renaissance") for its complaint against the named defendants alleges as follows:

### JURISDICTION

1.     This is a civil action for copyright infringement arising under the copyright laws of the United States, 17 U.S.C. § 101 *et seq.* (the "Copyright Act"). Jurisdiction is based on 28 U.S.C. §§ 1331 and 1338(a) and under related state and common law.

2.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338, and supplemental jurisdiction over the related state and common law claims pursuant to 28 U.S.C. § 1367.

3.     This Court has personal jurisdiction over the defendants because they maintain an office for business in Kings County, State of New York and within this judicial district.

4.     Venue is appropriate in this Court under 28 U.S.C. § 1400(a).

**PARTIES**

5.      Plaintiff Renaissance Carpet & Tapestries, Inc. is a domestic corporation with its principal place of business at The Design Center, 200 Lexington Avenue, 10th Floor, New York, NY 10016. It is engaged in the business of designing, manufacturing, importing, and selling fine carpets, many of which embody original and proprietary designs.

6.      Upon information and belief, Defendant Classic Furniture, is a domestic corporation with its principal place of business at 2324 McDonald Avenue, Brooklyn, NY 11223.

7.      Upon information and belief, Defendant Classic Furniture, is an unincorporated association with its principal place of business at 2324 McDonald Avenue, Brooklyn, NY 11223.

8.      Upon information and belief, Defendant Classic Furniture, is a partnership with its principal place of business at 2324 McDonald Avenue, Brooklyn, NY 11223.

9.      Upon information and belief, Defendant Classic Furniture, is a sole proprietorship with its principal place of business at 2324 McDonald Avenue, Brooklyn, NY 11223.

10.      Upon information and belief, Defendant Germans Bolotnikovs ("Bolotnikovs") is an individual residing at 1599 West 10th Street, #5F, Brooklyn, New York 11204.

11.      Upon information and belief, Bolotnikovs is an officer of Classic Furniture and directed or controlled the wrongful acts of Classic Furniture herein.

2

12. Upon information and belief, Bolotnikovs is a shareholder of Classic Furniture and directed or controlled the wrongful acts of Classic Furniture herein.

13. Upon information and belief, Bolotnikovs is the sole proprietor of Classic Furniture and directed or controlled and is personally liable for the wrongful acts of Classic Furniture herein.

14. Upon information and belief and at all times hereinafter mentioned, defendants are engaged is in the business of importing, and/or selling carpets and household furnishings.

## PLAINTIFF'S COPYRIGHTS

15. Renaissance is the owner and/or exclusive licensee of certain copyrighted designs of Savonnerie Carpets, specifically design numbers S-151, S-3, S-179 and S-196. (collectively, the "Renaissance Designs"). Copies of each design are annexed hereto as Exhibit A. Each of the Renaissance Designs is an original creation and constitutes copyrightable subject matter under the Copyright Act.

16. Renaissance has duly complied with all requirements of the Copyright Act with respect to the Renaissance Designs, has registered its copyrights in the Renaissance Designs in the United States Copyright Office and has obtained the following certificates of registration for the Renaissance Designs.

| Name of Design | Certificate Number | Date Registered |
|----------------|--------------------|-----------------|
| S-151 | VA-786-631 | 11/13/96 |

3

| S-3 | VA-763-598 | 12/12/95 |
| S-179 | VA-815-572 | 11/5/96 |
| S-196 | VA-1-313-161 | 3/8/06 |

17.     Copies of the above-referenced certificates of registration are annexed hereto as Exhibit B.

## CLAIMS FOR RELIEF

### COUNT I – COPYRIGHT INFRINGEMENT

18.     Plaintiff repeats and realleges the allegations above as if fully set forth herein.

19.     Classic Furniture and Bolotnikovs, without authorization from Renaissance, have imported or caused to be imported and have advertised and sold products incorporating designs that are copied from and substantially similar to the Renaissance Designs.

20.     Upon information and belief, plaintiff's Renaissance Designs were known to defendants.  Defendants and plaintiff both operate in the same trade, which is a relatively narrow universe of commercial interests and competing parties.

21.     Through its activities of importing, causing to be imported, marketing, advertising, offering for sale and sale of illegitimate knockoffs of plaintiff's Renaissance Designs, defendants Classic Furniture and Bolotnikovs have thereby infringed and, upon information and belief, are continuing to infringe upon Renaissance's copyrights in the Renaissance Designs.

22.     Upon information and belief, the defendants' infringement of the Renaissance Designs was willful.

4

23.     Upon information and belief, by the acts complained of, the defendants have made substantial profits and gains to which they are not in law or in equity entitled.

24.     Upon information and belief, the defendants intend to and will continue to expand the infringing acts complained of herein, unless restrained by this Court

25.     The infringement of plaintiff's Renaissance Designs by defendants has caused and/or will cause irreparable harm to plaintiff's business, reputation and goodwill unless restrained by this Court.  Plaintiff has no adequate remedy at law for defendants' infringement.

26.     Defendants' infringement has caused damage to plaintiff in an amount that cannot be determined without discovery.  In addition, defendants have unjustly profited by their infringement of the copyrighted works to the detriment of plaintiff.

27.     By reason of defendants' unlawful conduct as alleged above, plaintiff has been injured and is entitled to damages and defendants' profits attributable to defendants' unlawful conduct, which are presently indeterminate or, in the alternative, plaintiff's entitled to elect statutory damages against defendants, pursuant to 17 U.S.C. § 1203(c), together with the costs of this action, and attorney's fees pursuant to 17 U.S.C. § 505.

## COUNT II – UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN

28.    Plaintiff repeats and realleges the allegations above as if fully set forth herein.

29.    Upon information and belief, defendants have misappropriated catalogs, pricing lists and advertising materials which are proprietary to Renaissance for the purpose of offering products incorporating designs that are copied from and substantially similar to the Renaissance Designs.

30.    According to plaintiff's information and belief, defendants have compounded their unlawful activities by placing a false copyright notice in its own name on their knockoffs of RENAISSANCE's original design.  Such false copyright notice will deceive and/or confuse – or will likely deceive and/or confuse – the purchasing public into believing that the knockoff design is original to defendant.

31.    By placing its false copyright notice on the knockoff rugs, defendant is effectively branding the knockoffs with its name or mark, thus creating a false designation or misrepresentation that will likely deceive and/or confuse the purchasing public that the works originate with defendants.

32.    Defendants' conduct constitutes unfair competition and false designation of origin in violation of § 43(a) of the Trademark Act, 15 U.S.C. § 1125(a), separate and apart from plaintiff's claim of copyright infringement.

33.    Defendants' conduct has caused and/or will continue to cause irreparable harm to plaintiff's business, reputation and goodwill unless restrained by this Court.  Plaintiff has no adequate remedy at law for defendants' infringement.

6

34.     Defendants' conduct has caused damage to plaintiff in an amount that cannot be determined without discovery.  In addition, defendants have unjustly profited by their unlawful conduct to the detriment of plaintiff.

35.     By reason of defendants' unlawful conduct as alleged above, plaintiff has been injured and is entitled to damages and defendants' profits attributable to defendants' unlawful conduct, which are presently indeterminate.

## COUNT III – FALSE COPYRIGHT MANAGEMENT INFORMATION

36.     Plaintiff repeats and realleges the allegations above as if fully set forth herein.

37.     According to plaintiff's information and belief, defendants have placed a false copyright notice in its own name on its knockoffs of RENAISSANCE's original design.  Such false copyright notice will deceive and/or confuse – or will likely deceive and/or confuse – the purchasing public into believing that the knockoff design is original to defendant.

38.     By placing its false copyright notice on the knockoff rugs, defendant is effectively branding the knockoffs with its name or mark, thus creating a false designation or misrepresentation that will likely deceive and/or confuse the purchasing public that the works originate with defendants.

39.     As set forth in the foregoing allegations an upon information and belief, defendants knowingly and with the intent to induce, enable, facilitate and/or conceal their infringement of plaintiff's Renaissance Designs provided false copyright management information and promoted, marketed, offered for

7

sale, sold and/or distributed the infringing knockoffs with false copyright management information in violation of 17 U.S.C. § 1202.

40.     Defendants' conduct has caused actual damage to plaintiff in an amount which is presently indeterminate.  Upon information and belief, defendants have profited by their conduct to the detriment of plaintiff.

41.     Upon information and belief, the defendants' infringement of the Renaissance Designs and designation of false copyright management information was willful.

42.     Plaintiff has no adequate remedy at law for defendants' unlawful conduct and unless defendants are permanently enjoined, plaintiff will continue to suffer irreparable harm.

43.     By reason of defendants' unlawful conduct as alleged above, plaintiff has been injured and is entitled to damages and defendants' profits attributable to defendants' unlawful conduct, which are presently indeterminate or, in the alternative, plaintiff's is entitled to elect statutory damages against defendants, pursuant to 17 U.S.C. § 1203(c), together with the costs of this action, and attorney's fees pursuant to 17 U.S.C. § 505.

**WHEREFORE**, Renaissance demands as follows:

(a)     Declare that defendants have infringed plaintiff's copyrights in the Renaissance Designs;

(b)     Pursuant to 17 U.S.C. § 502, permanently enjoin defendants, together with their officers, agents, servants, employees and attorneys and all persons in active concert or participation with them from infringing the

Renaissance Designs or other copyrighted works owned or exclusively licensed by plaintiff in any manner, and from copying, making, marketing, selling, distributing and otherwise generating income from any works that have been derived in whole or in part from plaintiff's Renaissance Designs;

(c)   Pursuant to 17 U.S.C. § 503:

(i)  Order defendants forthwith to deliver up to plaintiff for destruction all remaining inventory of the infringing works;

(ii)  Order defendants to block out all references to the infringing designs from defendants' catalogs, brochures, websites and any other marketing or promotional material; to stop distributing catalogs, brochures or other marketing and promotional material that depict or otherwise reference the infringing designs; to delete any reference to the infringing designs from price lists, websites and all other marketing and sales material; and to advise customers that the infringing designs are no longer available;

(iii)  Identify to Plaintiff all persons and entities that have purchased, licensed or otherwise received or to whom Defendants distributed any infringing designs;

(iv)  Notify in writing all persons and/or entities that have purchased, licensed or otherwise received or to whom Defendants distributed any infringing designs, that said designs are unlawful and infringe plaintiff's copyrights, that any subsequent sale and/or distribution of the said infringing designs constitutes copyright infringement;

9

(d)     Pursuant to 17 U.S.C. § 504, order an accounting of all gains, profits and advantages derived by defendants from their copyright infringement and false copyright management information, and that defendants be required to pay to plaintiff the actual damages that plaintiff has sustained and defendant's profits attributable to their copyright infringement, including enhanced damages for defendants' willful infringement, in an amount to be determined at trial;

(e)     In the alternative and pursuant to 17 U.S.C. § 504(c), order that plaintiff shall be awarded statutory damages against and from defendants in an amount to be determined at trial;

(f)     Order defendants to disclose to plaintiff the source and/or collaboration of any developers, manufacturers, the supplier(s), distributors, vendors, agents, and dealers involved with the development, production, marketing, promotion, offer for sale and sale of the infringing designs;

(g)     Pursuant to 17 U.S.C. § 505, order defendants to pay plaintiff's costs and reasonable attorneys fees;

(h)     Pursuant to 15 U.S.C. § 1116, permanently enjoin defendants:

(i)  From passing off, inducing, or enabling others to sell or pass off any product or design copied from plaintiff's Renaissance Designs as genuine products;

(ii) From committing any acts calculated to cause purchasers to believe that defendants' products are genuine Renaissance Design;

10

(iii)  from committing any acts calculated to cause purchasers to believe that defendants' infringing designs, copied from plaintiff's original Renaissance Designs, are original works of defendants;

(i)      Pursuant to 15 U.S.C. § 1117, order an accounting of all gains, profits and advantages derived by defendants from their unfair competition and false designation of origin, and that defendants be required to pay to plaintiff the actual damages that plaintiff has sustained and defendant's profits attributable to their unfair competition and false designation of origin, and that such amounts be trebled as provided by law, together with Plaintiff's costs and reasonable attorney's fees;

(j)      Order defendants to pay over to plaintiff all profits and sums by which defendants have been unjustly enriched by reason of their unlawful acts as alleged herein.

(j)      That defendants, within thirty (30) days after service of the Order of permanent injunction and thereafter upon the entry of Final Judgment be required to file with the Court and serve upon plaintiff a written report under oath setting forth in detail the manner in which defendants have complied with the directives of the permanent injunction.

(k)     Grant plaintiff such other and further relief that the Court may deem

just and proper.


Dated:      January 23, 2009
            New York, New York

By:_____
            Steven Mancinelli (SM-0208)
            Mancinelli & Associates, P.C.
            111 John Street, Suite 800
            New York, New York 10038
            Phone:  212-366-1324
            Fax:     240-358-7375

            Steven Simenowitz (SS-8681)
            Attorney for Plaintiff Renaissance
            22 Jericho Turnpike Suite 104
            Mineola, NY  11501
            Phone: 613-232-3117
            Fax: 413-451-0841

**Exhibit A**



Renaissance S-151



Renaissance S-3



Renaissance S-179



Renaissance S-196

**Exhibit B**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
UNITED STATES COPYRIGHT OFFICE

REG

**VA 786-631**

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|---|---|---|
| 11 | 13 | 96 |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼
SOVONNERIE S-151

NATURE OF THIS WORK ▼ See Instructions
RUGS

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2** NAME OF AUTHOR ▼
**a** RENAISSANCE CARPET & TAPESTRY  (RCT)

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Rugs in assorted sizes

NAME OF AUTHOR ▼
**b** N/A

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼
**c** N/A

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
1995 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.
Month ▶ September  Day ▶ 23  Year ▶ 1995
United States of America ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
RENAISSANCE CARPET & TAPESTRY
Suite 431  200 Lexington Avenue
New York, NY 10016

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.    • See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of    pages

FORM VA

☐ CORRESPONDENCE
   ☐ Yes

☐ DEPOSIT ACCOUNT
   ☐ FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

Medieval Carpet Design

See instructions
before completing
this space.

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Adaptation of design and additional artistic work

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                        Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

STEVEN H. SIMENOWITZ, ESQ. attorney for claimant Renaissance Carpet & Tapestry
633 Wheeler Road
Hauppauge, NY 11788

Be sure to
give your
daytime phone
◄ number

Area Code & Telephone Number ▶  (516) 232-3117

**8** **CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of  Renaissance Carpet & Tapestry
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
STEVEN H. SIMENOWITZ                                              date ▶ 4/20/96

Handwritten signature (X) ▼

_[signature]_

**9** MAIL CERTIFICATE TO

Name ▼
Law Office of Steven H. Simenowitz
Number/Street/Apartment Number ▼
633 Wheeler Road
City/State/Zip ▼
Hauppauge, NY 11788

Certificate
will be
mailed in
window
envelope

Have you:
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights,
Library of Congress, Washington,
D.C. 20559

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



**FORM VA**
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

VA 763-588

EFFECTIVE DATE OF REGISTRATION

12 12 95

*Marybeth Peters*

Register of Copyrights, United States of America

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**1**

TITLE OF THIS WORK ▼

SAVONNERIE 8-3

NATURE OF THIS WORK ▼ See instructions

RUGS

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**a**

NAME OF AUTHOR ▼

RENAISSANCE CARPET & TAPESTRY (RCT)

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
{ Citizen of ▶
OR { Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Rugs in assorted sizes

**b**

NAME OF AUTHOR ▼
N/A

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
{ Citizen of ▶
OR { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c**

NAME OF AUTHOR ▼
N/A

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
{ Citizen of ▶
OR { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1995 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ September    Day ▶ 18    Year ▶ 1995

Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

RENAISSANCE CARPET & TAPESTRY
Suite 431 200 Lexington Avenue
New York, NY 10016

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
DEC 12 1995

ONE DEPOSIT RECEIVED
DEC 12 1995

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

☐ DEPOSIT ACCOUNT
   FUNDS USED

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

---

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**Mediaeval Carpet Design**

See instructions
before completing
this space

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**Adaptation of design and additional artistic work**

**6**

---

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**7**

---

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

**STEVEN H. SIMENOWITZ, ESQ.attorney for Claimant Renaissance Carpet & Tapestry**
**Suite 500 One Suffolk Square**
**Islandia, NY 11722**

Area Code & Telephone Number ▶ **(516) 232-3117**

Be sure to
give your
daytime phone
number

**8**

---

**CERTIFICATION***  I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of **Renaissance Carpet & Tapestry**
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

**STEVEN H. SIMENOWITZ**                                    date ▶ **11/29/95**

☞ Handwritten signature (X) ▼

---

**MAIL
CERTIFI-
CATE TO**

Name ▼

**Law Offices of Steven H. Simenowitz**

Number/Street/Apartment Number ▼

**Suite 500, One Suffolk Square**

City/State/ZIP ▼

**Islandia, NY 11722**

Certificate
will be
mailed in
window
envelope

Have you:
• Completed all necessary
  spaces?
• Signed your application in space
  8?
• Enclosed check or money order
  for $10 payable to Register of
  Copyrights?
• Enclosed your deposit material
  with the application and fee?
MAIL TO: Register of Copyrights,
Library of Congress, Washington,
D.C. 20559.

**9**

---

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF REGISTRATION

**FORM VA**
UNITED STATES COPYRIGHT OFFICE



**VA 815-572**

VA                                    VAU

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

EFFECTIVE DATE OF REGISTRATION

Nov 5 1996
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼
SAVONNERIE S-179

NATURE OF THIS WORK ▼ See instructions
RUGS

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

**2**
**a** NAME OF AUTHOR ▼
RENAISSANCE CARPET & TAPESTRY  (RCT)

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
on { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Rugs in assorted sizes

NOTE
Under the law, the "author" of a

**b** NAME OF AUTHOR ▼
N/A

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
on { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼
N/A

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
on { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1995  ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ▶ September  Day ▶ 23  Year ▶ 1995
ONLY if this work has been published.
Nation ▶ United States of America

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼
RENAISSANCE CARPET & TAPESTRY
Suite 431  200 Lexington Avenue
New York, NY 10016

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                • See detailed instructions.        • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

| | |
|---|---|
| EXAMINED BY _JIM_ | **FORM VA** |
| CHECKED BY _My_ | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |
| ☐ DEPOSIT ACCOUNT FUNDS USED | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? **5**
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation. **6**
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
**Mediaeval Carpet Design**

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
**Adaptation of design and additional artistic work**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account. **7**
Name ▼     Account Number ▼
_Skim Community Esq_     _M36367_

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
**STEVEN H. SIMENOVITZ, ESQ. attorney for claimant Renaissance Carpet & Tapestry**
**633 Wheeler Road**
**Hauppauge, NY 11788**

Be sure to give your daytime phone number

Area Code & Telephone Number ▶ **(516) 232-3117**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the **8**
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **Renaissance Carpet & Tapestry**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
**STEVEN H. SIMENOVITZ**     date ▶ **4/20/96**

Handwritten signature (X) ▼

**MAIL CERTIFICATE TO** **9**

| | |
|---|---|
| Name ▼ **Law Office of Steven H. Simenovitz** | You must: • Complete all necessary spaces • Sign your application in space 8 |
| Number/Street/Apartment Number ▼ **633 Wheeler Road** | SEND ALL 3 ELEMENTS IN THE SAME PACKAGE: • Application form • Nonrefundable $10 filing fee in check or money order payable to Register of Copyrights • Deposit material |
| City/State/ZIP ▼ **Hauppauge, NY 11788** | MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559 |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

REG: **VA 1-313-161**

EFFECTIVE DATE OF REGISTRATION

**3-8-06**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

## 1

Title of This Work ▼
**SAVONNERIE DESIGN S 196**

NATURE OF THIS WORK ▼ See instructions
**Carpet/Tapestry Design**

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼        Number ▼           Issue Date ▼          On Pages ▼

## 2

NAME OF AUTHOR ▼
a. **Renaissance Carpet & Tapestries Inc**

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of **USA**
     { Domiciled in

Was This Author's Contribution to the Work
Anonymous?       ☐ Yes  ☑ No
Pseudonymous?    ☐ Yes  ☑ No

**NOTE**

Nature of Authorship Check appropriate box(es). See instructions
☐ 3 Dimensional sculpture      ☐ Map             ☐ Technical drawing
☑ 2 Dimensional artwork        ☐ Photograph      ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

b. Name of Author ▼

Dates of Birth and Death
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
     { Domiciled in

Was This Author's Contribution to the Work
Anonymous?       ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3 Dimensional sculpture      ☐ Map             ☐ Technical drawing
☐ 2 Dimensional artwork        ☐ Photograph      ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

## 3

a. Year in Which Creation of This Work Was Completed
**2000**
Year in all cases.

b. Date and Nation of First Publication of This Particular Work
Month **May**   Day **14**   Year **2001**

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
**Renaissance Carpet & Tapestries Inc**
**200 Lexington Avenue  Suite 1006**
**New York  NY 10016**

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
MAR 08 2006
ONE DEPOSIT RECEIVED
MAR 08 2006
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions.   Sign the form at line 8

Page **2**

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**5** PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No If your answer is Yes, why is another registration being sought? (Check appropriate box.) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form.
b ☐ This is the first application submitted by this author as copyright claimant.
c ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is Yes, give: Previous Registration Number ▼           Year of Registration ▼

**6** DERIVATIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

b Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**7** DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                      Account Number ▼
Steven H Simonowitz Esq                      DA 80209

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Steven H Simonowitz Esq
299 Maple Street
East Longmeadow MA 01028

Area code and daytime telephone number ( 413 ) 525 1846        Fax number ( 413 ) 525 1847

Email   swfsimon@gmail.net

**8** CERTIFICATION* I, the undersigned, hereby certify that I am the

check only one ▶  ☐ author
                  ☐ other copyright claimant
                  ☐ owner of exclusive right(s)
                  ☑ authorized agent of  Renaissance Carpet & Tapestries Inc
                     Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Steven H Simonowitz                                    Date February 3 2006

Handwritten signature (X) ▼
X

**9**
Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Steven H Simonowitz Esq
Number/Street/Apt ▼
299 Maple Street
City/State/ZIP ▼
East Longmeadow  MA 01028

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev August 2003—20,000  Web Rev June 2002  ☺ Printed on recycled paper          U.S. Government Printing Office: 2002-496-605/60 000

Index No:
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

RENAISSANCE CARPET & TAPESTRIES, INC.,

*Plaintiffs,*

-against-

CLASSIC FURNITURE AND GERMANS
BOLOTNIKOVS individually,

*Defendants.*

## SUMMONS AND COMPLAINT

STEVEN MANCINELLI
MANCINELLI & ASSOCIATES, P.C.
111 JOHN STREET, SUITE 800
NEW YORK, N.Y. 10038
212-962-6525

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.*

*Dated:....................................*
     *Signature.........................................................................*

Print Signer's Name......................................................
*Service of a copy of the within*
*Dated:*

                                                                    *Is hereby admitted*

                                    ............................................................................

*Attorney(s) for*